### IN THE UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


BILLY WILLIAMS                                                        PLAINTIFF

vs.                                    CASE NO. 4:05cv01081 JMM

RANDY JOHNSON                                                      DEFENDANT


### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.  The jury trial scheduled January 29, 2007, is cancelled.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 8th day of January, 2007.


_____
UNITED STATES DISTRICT JUDGE